IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA MOBILITY LLC,<br>MOTOROLA MOBILITY IRELAND, and<br>MOTOROLA MOBILITY INTERNATIONAL<br>LIMITED,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-1053-GMS |

## UNOPPOSED MOTION TO STAY
## PURSUANT TO 28 U.S.C. § 1659

Defendant Apple Inc. ("Apple") hereby respectfully moves that the Court stay this case pursuant to 28 U.S.C. § 1659.

This action was filed on August 17, 2012 alleging infringement of U.S. Patent Nos. 5,883,580 (the '580 patent), 5,922,047 (the '047 patent), 6,425,002 (the '002 patent), 6,493,673 (the '673 patent), 7,007,064 (the '064 patent) and 7,383,983 (the '983 patent). Also on August 17, 2012, Plaintiffs filed a Complaint under Section 337 of The Tariff Act of 1930, as Amended, in the U.S. International Trade Commission ("ITC"), requesting that the ITC institute an investigation under Section 337 against Apple. In their ITC Complaint, Plaintiffs assert infringement of the same patents at issue here.

On September 18, 2012, pursuant to 19 C.F.R. § 210.10(b), the investigation titled *Certain Wireless Communication Devices, Portable Music and Data Processing Devices, Computers and Components Thereof*, Inv. No 337-TA-856 (the "ITC Proceeding") was instituted by publication of a Notice of Institution in the Federal Register. Under Section 1659 of Title 28, upon the request of any party to a civil action that is also a respondent in an ITC investigation

{00673742;v1 }

involving the parties in the civil action, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission."  28 U.S.C. § 1659(a).  This stay is mandatory and must be granted if it is made within thirty days from the later of:  (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action.  28 U.S.C. § 1659(a)(1)–(2).

The ITC Proceeding involves Apple, as does this civil action.  Plaintiffs allege infringement of the '580, '047, '002, '673, '064, and '983 patents in both the ITC Proceeding and this civil action.  Accordingly, the issues are the same between the ITC Proceeding and this action.  This motion has been filed within thirty days of Defendant being named as respondent in an ITC proceeding.

Counsel for Defendant has communicated with Plaintiffs' counsel regarding the relief requested herein, and Plaintiffs do not oppose this motion.

For the foregoing reasons, Defendant respectfully requests that the Court stay this action under 28 U.S.C. § 1659(a).  A proposed Order granting this Motion is submitted herewith for the Court's convenience.

*Of Counsel:*

Brian Nester, Esq.
Sidley Austin LLP
1501 K Street, NW
Washington, DC  20005
bnester@sidley.com

Ellen S. Robbins, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
erobbins@sidley.com

September 28, 2012

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*