IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA MOBILITY LLC,<br>MOTOROLA MOBILITY IRELAND, and<br>MOTOROLA MOBILITY<br>INTERNATIONAL LIMITED,<br><br>          Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 12-1053 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action stipulate to the dismissal of all pending claims without prejudice, with each party to bear its own costs and attorneys' fees. The parties further stipulate that the Court may enter an Order to this effect.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jack B. Blumenfeld* | */s/ Steven J. Balick* |
| Jack Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>302-658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com |
| *Attorneys for Motorola Mobility LLC, Motorola Mobility Ireland and Motorola Mobility International Limited* | *Attorneys for Apple Inc.* |

     SO ORDERED this ___ day of October, 2012.

_____
                              Chief Judge